**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. CR-H-05-021 |
| ELIJIO RUIZ a.k.a. Licho | § § § § | UNDER SEAL |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A _Criminal Indictment_ has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>
ELIJIO RUIZ a.k.a. Licho

[X] DETENTION
[ ] RELEASED ON CONDITIONS
[ ] Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on _January 19_, 2005.

_____
UNITED STATES MAGISTRATE JUDGE